JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
EDWARD D. PENETAR
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
edward.penetar@usdoj.gov

*Attorneys for United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:24-cr-0202-JAD-BNW |
| Plaintiff, | **Motion to Unseal Legal Process** |
| vs. | |
| LAEL MELVIN PERKINS, et al., | |
| Defendants. | |

COMES NOW the United States of America, by and through its attorneys, Jason Frierson, United States Attorney for the District of Nevada, and Edward D. Penetar, Assistant United States Attorney, hereby moves this Court for an Order to unseal all the below captioned matters in their entirety.

The underlying investigation has resulted in an indictment*: United States v. Lael Melvin Perkins, et al.,* Case No. 24-cr-0202-JAD-BNW (D. Nevada). Accordingly, the Government seeks to unseal the below matters so that the documents can be provided in discovery.

//

//

| Case Number | |
|---|---|
| 2:24-mj-00536-NJK | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF APEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF GPS AND CELL SITE INFORMATION ON CELLULAR TELEPHONE NUMBER (805) 895-2615. |
| 2:24-mj-00640-MDC | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF GPS AND CELL SITE INFORMATION ON CELLULAR TELEPHONE NUMBER (818) 306-7899 |
| 2:24-mj-00683-DJA | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF GPS AND CELL SITE INFORMATION ON CELLULAR TELEPHONE NUMBER (805) 895-2615 |
| 2:24-mj-00773-DJA | IN THE MATTER OF THE SEARCH OF PREMISES KNOWN AS 9391 JEREMY BLAINE COURT, LAS VEGAS, COUNTY OF CLARK, STATE OF NEVADA |
| 2:24-mj-00774-DJA | IN THE MATTER OF THE SEARCH OF A WHITE AUDI SEDAN BEARING NEVADA LOAN LICENSE PLATE 20274 |
| 2:24-mj-00775-DJA | IN THE MATTER OF THE SEARCH OF A RED/MAROON FORD F-150 PICKUP TRUCK BEARING NEVADA BODY SHOP LICENSE PLATE 9289 OR NEVADA LOAN LICENSE PLATE 35605 |
| 2:24-mj-00776-DJA | IN THE MATTER OF THE SEARCH OF A BLACK 2021 CHEVROLET PICKUP TRUCK BEARING NEVADA LICENSE PLATE PD7737 WITH VIN# 3GCPYFEL6MG281350 |

//

//

//

1   DATED this 23rd day of September, 2024.

JASON M. FRIERSON
United States Attorney

*/s/ Edward D. Penetar*
EDWARD D. PENETAR
Assistant United States Attorney

3

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:24-cr-0202-JAD-BNW |
|---|---|
| Plaintiff, | **Order to Unseal Legal Process** |
| vs. | |
| LAEL MELVIN PERKINS, et al., | |
| Defendants. | |

Based upon the Motion of the Government, and good cause appearing therefore, the Court finds good cause to unseal the below matters so they may be provided in discovery. Thus, the Court orders the case numbers identified below and any documentation filed therein unsealed:

| Case Number | |
|---|---|
| 2:24-mj-00536-NJK | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF APEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF GPS AND CELL SITE INFORMATION ON CELLULAR TELEPHONE NUMBER (805) 895-2615. |
| 2:24-mj-00640-MDC | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF GPS AND CELL SITE INFORMATION ON CELLULAR TELEPHONE NUMBER (818) 306-7899 |
| 2:24-mj-00683-DJA | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF GPS AND CELL SITE |

|  | INFORMATION ON CELLULAR TELEPHONE NUMBER (805) 895-2615 |
| --- | --- |
| 2:24-mj-00773-DJA | IN THE MATTER OF THE SEARCH OF PREMISES KNOWN AS 9391 JEREMY BLAINE COURT, LAS VEGAS, COUNTY OF CLARK, STATE OF NEVADA |
| 2:24-mj-00774-DJA | IN THE MATTER OF THE SEARCH OF A WHITE AUDI SEDAN BEARING NEVADA LOAN LICENSE PLATE 20274 |
| 2:24-mj-00775-DJA | IN THE MATTER OF THE SEARCH OF A RED/MAROON FORD F-150 PICKUP TRUCK BEARING NEVADA BODY SHOP LICENSE PLATE 9289 OR NEVADA LOAN LICENSE PLATE 35605 |
| 2:24-mj-00776-DJA | IN THE MATTER OF THE SEARCH OF A BLACK 2021 CHEVROLET PICKUP TRUCK BEARING NEVADA LICENSE PLATE PD7737 WITH VIN# 3GCPYFEL6MG281350 |

IT IS SO ORDERED:

_____
BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED:  September 25, 2024