CHRIS T. RASMUSSEN ESQ.,
Nevada Bar No. 007149
RASMUSSEN LAW P.C.
520 S. Fourth Street
Las Vegas, NV 89101
Tel:(702)384-5563
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:24-cr-00202-JAD-BNW |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| KESHAWN COX, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the United States Department of Parole and Probation will prepare a Pre-Plea Presentence Report on Defendant KEWSHAN COX.

DATED this 6th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE